THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE
TO FILE A BRIEF EXCEEDING FIFTEEN PAGES**

Pursuant to Local Civil Rule 7.1, Plaintiffs Craigville Telephone Co. d/b/a AdamsWells and Consolidated Telephone Company d/b/a CTC ("Plaintiffs"), on behalf of themselves and a class of similarly-situated companies, respectfully move for leave to file a thirty-page brief in opposition to Defendant T-Mobile USA, Inc.'s ("T-Mobile") Motion to Dismiss ("Motion") [ECF No. 54].

**ARGUMENT**

The Amended Complaint is lengthy and complex. It has 423 enumerated paragraphs, 20 exhibits, and 1,204 total pages. [*See* ECF No. 19.] On December 16, 2019, T-Mobile moved with Plaintiffs' consent for leave to file a motion to dismiss that exceeded LR 7.1's page limitation by an additional fifteen pages. [*See* ECF No. 28.] The Court granted that request the next day. [*See* ECF No. 30.]

Plaintiffs cannot adequately respond to all of the legal arguments and factual assertions raised by T-Mobile's Motion and 30-page memorandum within the 15-page limitation that is

intended to govern ordinary course litigation.  As the Court's prior ruling on this issue recognized, the Amended Complaint's volume and complexity warrants granting an exception to LR 7.1's page limitation for briefing related to a motion to dismiss.  [*See* ECF No. 30.]  Plaintiffs' counsel has conferred with T-Mobile's counsel, and T-Mobile consents to Plaintiffs' request for an additional fifteen pages to oppose T-Mobile's Motion.

## CONCLUSION

Wherefore, Plaintiffs respectfully request leave to file a thirty-page opposition to T-Mobile's Motion to Dismiss.

Dated:  January 27, 2020                                    Respectfully submitted,


/s/ David T.B. Audley
David T.B. Audley (Bar No. 6190602)
Mia D. D'Andrea (Bar No. 6307966)
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Tel. 312-845-2971
Fax: 312-516-3971
Email: audley@chapman.com
Email: dandrea@chapman.com

Cathy A. Hinger (*pro hac vice*)
G. David Carter (*pro hac vice*)
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC 20036
Tel.: 202-857-4489
Fax: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: david.carter@wbd-us.com

Kurt D. Weaver (*pro hac vice*)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: 919-755-8163
Facsimile: 919-755-6770
Email: kurt.weaver@wbd-us.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 27, 2020, I electronically filed the foregoing **PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE A BRIEF EXCEEDING FIFTEEN PAGES**, with the Clerk of Court using the Court's CM/ECF electronic filing system, which will automatically send e-mail notification of such filing to the following attorneys of record:

**Nigel F. Telman**
**Edward Chester Young**
Proskauer Rose LLP
Three First National Plaza
70 W. Madison, Suite 3800
Chicago, IL 60602
Email: ntelman@proskauer.com
Email: eyoung@proskauer.com

**Baldassare Vinti**
**Michael T. Mervis**
1585 Broadway
New York, NY 10036
Email: bvinti@proskauer.com
Email: mmervis@proskauer.com

**Bradley I. Ruskin**
11 Times Square
New York, NY 10036
Email: bruskin@proskauer.com

*Counsel for T-Mobile USA, Inc.*

**John J. Hamill , Jr.**
**Devin James Carpenter**
**Michael S. Pullos**
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Email: john.hamill@dlapiper.com
Email: devin.carpenter@dlapiper.com
Email: michael.pullos@dlapiper.com

*Counsel for Inteliquent, Inc.*


s/ David T.B. Audley
David T.B. Audley