# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Craigville Telephone Co., et al.

                        Plaintiff,

v.                                        Case No.: 1:19–cv–07190

                                           Honorable John Z. Lee

T–Mobile USA, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2020:

      MINUTE entry before the Honorable John Z. Lee: The Court has received the motion to intervene [72]. Defendants' response is due on 4/10/20. If Defendants require more time to respond, they should file a motion so stating. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.