IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) | |
| Defendants. | ) | |

## T-MOBILE USA, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned, counsel of record for Defendant T-Mobile USA, Inc. ("TMUS") certifies that it is a private non-governmental Delaware corporation and that it is a wholly owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC. Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V.") owns more than 5% of the shares of T-Mobile US, Inc. DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global").

Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares, each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

Additionally, SoftBank Group Corp. owns more than 5% of the shares of T-Mobile US, Inc. Masayoshi Son owns more than 10% of SoftBank Group Corp.

Dated: May 12, 2020                                    Respectfully submitted,


                                                       /s/ Nigel F. Telman
                                                       Nigel F. Telman
                                                       PROSKAUER ROSE LLP
                                                       Three First National Plaza
                                                       70 West Madison, Suite 3800
                                                       Chicago, IL 60602
                                                       (312) 962-3550
                                                       (312) 962-3551 (fax)
                                                       ntelman@proskauer.com

                                                       Bradley I. Ruskin (admitted *pro hac vice*)
                                                       Michael T. Mervis (admitted *pro hac vice*)
                                                       Baldassare Vinti (admitted *pro hac vice*)
                                                       PROSKAUER ROSE LLP
                                                       11 Times Square
                                                       New York, New York 10036
                                                       (212) 969-3249
                                                       (212) 969-2900
                                                       bruskin@proskauer.com
                                                       mmervis@proskauer.com
                                                       bvinti@proskauer.com