## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Craigville Telephone Co., et al.

                          Plaintiff,

v.                                              Case No.: 1:19−cv−07190

                                                         Honorable John Z. Lee

T−Mobile USA, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2020:

      MINUTE entry before the Honorable John Z. Lee:The Court orders the parties to file a joint status report by July 21, 2020. The report, which shall be as concise as possible, shall address: (1) the progress of discovery; (2) the status of briefing on any unresolved motions; (3) for cases without any future court dates, an agreed proposed schedule for the next 60 days; (4) for cases that have future court dates, an agreed revised schedule if the current schedule needs revision; (5) a request for any agreed action that the Court can take without a hearing; (6) whether the parties believe a telephonic hearing or in−person hearing is necessary in the immediate future, and, if so, the issue(s) that warrants discussion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.