IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC ) ) ) ) | |
| Plaintiff, ) | No. 1:19-cv-07190 |
| vs. ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. ) ) ) | |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION OF DEADLINES

Plaintiffs Craigville Telephone Co. d/b/a/ AdamsWells Internet Telecom TV and Consolidated Telephone Company d/b/a CTC (collectively, "Plaintiffs"), with the consent and agreement of Defendants, hereby move this Court for an extension of the December 3, 2020 deadline for Plaintiffs to file a Second Amended Complaint, as scheduled by this Court's November 16, 2020 Memorandum Opinion [ECF No. 90]. In support of their Motion, Plaintiffs state as follows:

1. On November 16, 2020, the Court issued a Memorandum Opinion [ECF No. 90] granting Plaintiffs leave to file a Second Amended Complaint by December 3, 2020 (the "Deadline").

2. Unfortunately, the Deadline is in conflict with prior existing deadlines for Plaintiffs' counsel in other cases, and includes the Thanksgiving holiday.

3. Accordingly, Plaintiffs sought Defendants' consent to a one-week extension of the Deadline, and Defendants agreed to extend the Deadline so long as Defendants' deadline for

responding to the current complaint would also be extended by seven days and that the due date for any response to a Second Amended Complaint be addressed at the status conference on December 17, 2020. A true and accurate copy of the Parties' Stipulated Agreement Concerning Extension of Deadlines (the "Stipulation") is attached hereto as Exhibit A.

4. This motion is made in the interest of justice, will not cause any undue delay in the proceedings, and will not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that this Court issue an order granting the extension of deadlines pursuant to the Stipulation as set forth in the accompanying proposed order attached hereto as Exhibit B.

Dated: November 25, 2020

Respectfully submitted,

*/s/ David T.B. Audley*
David T.B. Audley (Bar No. 6190602)
Mia D. D'Andrea (Bar No. 6307966)
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Tel. 312-845-2971
Fax: 312-516-3971
Email: audley@chapman.com
Email: dandrea@chapman.com

Cathy A. Hinger (*pro hac vice*)
G. David Carter (*pro hac vice*)
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC 20036
Tel.: 202-857-4489
Fax: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: david.carter@wbd-us.com

3

              Kurt D. Weaver (*pro hac vice*)
              Womble Bond Dickinson (US) LLP
              555 Fayetteville Street, Suite 1100
              Raleigh, NC 27601
              Telephone: 919-755-8163
              Facsimile: 919-755-6770
              Email: kurt.weaver@wbd-us.com

              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 25, 2020, I electronically filed the foregoing **AGREED MOTION FOR EXTENSION OF DEADLINES**, with the Clerk of Court using the Court's CM/ECF electronic filing system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| **Nigel F. Telman** <br> **Edward Chester Young** <br> Proskauer Rose LLP <br> Three First National Plaza <br> 70 W. Madison, Suite 3800 <br> Chicago, IL 60602 <br> Email: ntelman@proskauer.com <br> Email: eyoung@proskauer.com | **John J. Hamill , Jr.** <br> **Devin James Carpenter** <br> **Michael S. Pullos** <br> DLA Piper LLP (US) <br> 444 West Lake Street, Suite 900 <br> Chicago, IL 60606 <br> Email: john.hamill@dlapiper.com <br> Email: devin.carpenter@dlapiper.com <br> Email: michael.pullos@dlapiper.com |
| **Baldassare Vinti** <br> **Michael T. Mervis** <br> 1585 Broadway <br> New York, NY 10036 <br> Email: bvinti@proskauer.com <br> Email: mmervis@proskauer.com | *Counsel for Inteliquent, Inc.* |
| **Bradley I. Ruskin** <br> 11 Times Square <br> New York, NY 10036 <br> Email: bruskin@proskauer.com | |
| *Counsel for T-Mobile USA, Inc.* | |

                                                    s/ David T.B. Audley
                                                    David T.B. Audley