# EXHIBIT A

Document3

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED AGREEMENT CONCERNING EXTENSION OF DEADLINES**

Plaintiffs, with the consent and agreement of Defendants, hereby submit the following Stipulation and agreement with respect to an extension of the December 3, 2020 deadline for Plaintiffs to file a Second Amended Complaint, as scheduled by this Court's November 16, 2020 Memorandum Opinion [ECF No. 90].

WHEREAS, on November 16, 2020, the Court issued a Memorandum Opinion [ECF No. 90] granting Plaintiffs leave to file a Second Amended Complaint by December 3, 2020 (the "Deadline");

WHEREAS, the Deadline is in conflict with prior existing deadlines for Plaintiffs' counsel in other cases, and includes the Thanksgiving holiday;

WHEREAS, Plaintiffs sought Defendants' consent to a one-week extension of the Deadline, and Defendants agreed to extending the Deadline so long as Defendants' deadline for responding to the current complaint would also be extended by seven days and that the due date for any response to a Second Amended Complaint be addressed at the status conference on

December 17, 2020.

Wherefore, in consideration of the foregoing points, Plaintiffs and Defendants hereby Stipulate and agree as follows:

1. Plaintiffs' deadline to file a Second Amended Complaint, if any, shall be extended by seven days to December 10, 2020;

2. Defendants' deadline to respond to the existing Complaint shall be extended by seven days to December 7, 2020;

3. The Parties agree that Defendants' due date for any response to a Second Amended Complaint be addressed at the status conference on December 17, 2020.

Dated: November 25, 2020    Respectfully submitted,

/s/ David T.B. Audley
David T.B. Audley (Bar No. 6190602)
Mia D. D'Andrea (Bar No. 6307966)
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Tel. 312-845-2971
Fax: 312-516-3971
Email: audley@chapman.com
Email: dandrea@chapman.com

Cathy A. Hinger (*pro hac vice*)
G. David Carter (*pro hac vice*)
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC 20036
Tel.: 202-857-4489
Fax: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: david.carter@wbd-us.com

Kurt D. Weaver (*pro hac vice*)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: 919-755-8163
Facsimile: 919-755-6770
Email: kurt.weaver@wbd-us.com

*Counsel for Plaintiffs*


/s/ Nigel F. Telman
Nigel F. Telman
Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
(312) 962-3551 (fax)
Email: ntelman@proskauer.com

Baldassare Vinti (*pro hac vice*)
Bradley I. Ruskin (*pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel.: 212.969.3249
Fax: 212.969.2900
Email: bvinti@proskauer.com

*Counsel for Defendant T-Mobile, Inc.*

/s/ John J. Hamill
John J. Hamill
Michael S. Pullos
Devin Carpenter
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.7036/2176
Fax: 312.251.5809
Email: john.hamill@dlapiper.com
Email: michael.pullos@us.dlapiper.com
Email: devin.carpenter@us.dlapiper.com

*Counsel for Defendant Inteliquent, Inc.*

3