# EXHIBIT B

**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:19-cv-07190 |
| | ) | |
| vs. | ) | Judge John Z. Lee |
| | ) | |
| T-MOBILE USA, INC.; and INTELIQUENT, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON STIPULATED AGREEMENT
CONCERNING EXTENSION OF DEADLINES**

Upon consideration of the Parties' Stipulated Agreement Concerning Extension of Deadlines, it is hereby, ORDERED that:

1. Plaintiffs' deadline to file a Second Amended Complaint, if any, shall be extended by seven days to December 10, 2020;

2. Defendants' deadline, if any, to respond the existing Complaint shall be extended by seven days to December 7, 2020;

3. The Parties agree that Defendants' due date for any response to a Second Amended Complaint be addressed at the status conference on December 17, 2020.

It is so Ordered.

_____
Honorable John Z. Lee