# EXHIBIT 19

## DECLARATION OF KATHLEEN FOSTER

1. My name is Kathleen Foster, and I have worked for T-Mobile for nineteen years.
2. I was hired by T-Mobile in 1998 to be a Software Engineer in the area of voice core technologies.
3. Engineers in voice core technologies participate in the design, procurement, installation, operation and optimization of the servers that process voice calls in T-Mobile's network.
4. I was promoted to Manager in this department in 2005, became a Senior Manager of Core Network Engineering in 2008, and then became Director of Network Technology, my current position, in May 2015.
5. In my current role, I oversee the engineers who design and manage the operation of the voice core of T-Mobile's Network, including the Mobile Switching Centers (MSCs). In that role, I was responsible for the integration of Ericsson MSCs (servers) into T-Mobile's Network, including the addition to those servers, and continued use on those servers, of the "early ringing tone" (also referred to as "Local Ring Back Tone," or LRBT) parameter during the 2013-January 2017 period.
6. During the period in which T-Mobile began to swap its Alcatel-Lucent (ALU) MSCs for those provided by Ericsson, an inter-networking problem arose such that, for certain calls originating on Ericsson servers but connecting using ALU servers, no ring tone was transmitted back to the calling party even after a call was delivered to the terminating carrier and the called party received a ring tone. Specifically, for certain calls, the calling party did not hear a ring tone even when the call had been delivered to the terminating carrier and the called party's phone was ringing. Rather, the calling party heard dead air until the called party answered the call or the call went to the called party's voice mail.
7. To address this problem, on or about October 14, 2013, we made a request to Ericsson that the early ringing tone be implemented in the Ericsson MSCs. The LRBT parameter was expanded after the completion of the ALU-Ericsson migration, consistent with the company's practice of having various features and parameters uniformly applied throughout its network to the extent possible.
8. I now realize that I and others on my team had received notifications beginning in early 2014 about the FCC's 2013 Rural Call Completion Order (RCC Order) and its contents, including the ban on early ringtone use for voice calls. At that time, my team and I were very focused on the reporting and recordkeeping aspects of the RCC Order because the company itself was focused on ensuring that it would be ready to collect and report the required data when the record-keeping, reporting, and retention requirements became effective. T-Mobile did not have mechanisms in place to report this data when the RCC Order was released in 2013. Over the course of the next two years, I and other T-Mobile personnel expended considerable time and resources to develop the systems necessary to collect and report such data.
9. When I was contacted internally about the FCC's Letter of Inquiry in early January 2017, I focused for the first time on the RCC Order's early ringing tone ban. We immediately began to disable the LRBT parameter.
10. That neither I nor anyone on my team became consciously aware of the RCC Order's early ringtone ban after it went into effect in 2014 was the result of a good-faith mistake. T-Mobile's use of the LRBT parameter was not the result of any malice, ill-intent or conscious scheme to

harm consumers. I had no intent to ignore or circumvent the early ringtone rule, nor was I ever asked or directed to do so by anyone at T-Mobile.

I declare under penalty of perjury that, to the best of my information, belief, and knowledge, which includes knowledge based on information provided to me by others, the foregoing is true and correct.

*[signature]*

Kathleen Foster

Executed: September 8, 2017

2

FOIA_000176