# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

                              Plaintiff,

v.                                                                         Case No.: 1:19–cv–07190
                                                                         Honorable John Z. Lee

T–Mobile USA, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 17, 2020:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 12/17/20. Defendant T–Mobile USA's motion to dismiss the second amended complaint is due by 1/12/21 and limited to 25 pages; response is due by 2/2/21 and limited to 25 pages; reply due by 2/16/21 and limited to 15 pages. Defendant's answer is due by 1/12/21. Defendant Inteliquent's motion to dismiss shall follow the same schedule. The Court orders the parties to file a joint written status report by 2/19/21. The report, which shall be as concise as possible, shall set forth: (1) the current deadlines imposed by the Court and whether the matter has been referred to the Magistrate Judge in any fashion (e.g., for discovery supervision; for resolution of a motion; for settlement; etc.); (2) the progress of discovery, if discovery is ongoing; (3) the status of briefing on unresolved motions, if any; (4) whether the parties have engaged or are engaging in settlement discussions and the status of those discussions; (5) for cases without any future court dates, an agreed proposed schedule; (6) for cases that have future court dates and if the parties believe there is good cause to extend the current deadlines, a proposed amended schedule and the basis for the request; (7) a request for any agreed action that the Court can take without a hearing; (8) and whether the parties believe a telephonic hearing or in–person hearing is necessary within the next 60 days, and, if so, the issue(s) that warrants discussion and the parties' respective positions. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.