# EXHIBIT A

Document3

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>T-MOBILE USA, INC.; and )<br>INTELIQUENT, INC., )<br>)<br>Defendants. ) | No. 1:19-cv-07190<br><br>Judge John Z. Lee |

**STIPULATED AGREEMENT CONCERNING EXTENSION OF DEADLINES**

Plaintiffs, with the consent and agreement of Defendants, hereby submit the following Stipulation and agreement with respect to an extension of the February 2, 2021 deadline for Plaintiffs to file their Oppositions to Defendants' Motions to Dismiss the Second Amended Complaint, and a comensurate extension of Defendants' February 16, 2021 deadline to file Reply briefs, as scheduled by this Court's December 17, 2020 Docket Entry [ECF No. 95].

WHEREAS, on December 17, 2020, following a telephonic status conference, the Court issued a Docket Entry [ECF No. 95] setting a briefing schedule for Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint, including a February 2, 2021 deadline for Plaintiffs to file their Oppositions to Defendants' Motions to Dismiss and February 16, 2021 deadline for Defendants to file Reply briefs (the "Deadlines");

WHEREAS, the Deadlines conflict with a newly predicted severe winter storm that counsel for Plaintiffs expect will result in a significant snowfall in the Washington, DC area, and that will likely interfere with some of Plaintiffs' counsel's access to child care in the day prior to, or of,

Plaintiffs' February 2, 2021 opposition brief deadline;

WHEREAS, Plaintiffs sought Defendants' consent to a three day extension of the Deadline, and Defendants agreed to extending Plaintiff's February 2, 2021 deadline to February 5, 2021, so long as Plaintiffs agree to a commensurate extension of Defendants' February 16, 2021 deadline to February 19, 2021, which Plaintiffs do.

Wherefore, in consideration of the foregoing points, Plaintiffs and Defendants hereby Stipulate and agree as follows:

1. Plaintiffs' deadline to file their oppositions to Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint, shall be extended by three days to February 5, 2021;

2. Defendants' deadline to file their reply briefs in support of their Motions to Dismiss Plaintiffs' Second Amended Complaint, shall be extended by three days to February 19, 2021.

Dated: January 28, 2021  Respectfully submitted,

                                         */s/ David T.B. Audley*
                                         David T.B. Audley (Bar No. 6190602)
                                         Mia D. D'Andrea (Bar No. 6307966)
                                         Chapman and Cutler LLP
                                         111 West Monroe Street
                                         Chicago, IL 60603-4080
                                         Tel. 312-845-2971
                                         Fax: 312-516-3971
                                         Email: audley@chapman.com
                                         Email: dandrea@chapman.com

Cathy A. Hinger (*pro hac vice*)
G. David Carter (*pro hac vice*)
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC 20036
Tel.: 202-857-4489
Fax: 202-261-0029
Email: cathy.hinger@wbd-us.com
Email: david.carter@wbd-us.com

Kurt D. Weaver (*pro hac vice*)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: 919-755-8163
Facsimile: 919-755-6770
Email: kurt.weaver@wbd-us.com

*Counsel for Plaintiffs*


/s/ Nigel F. Telman
Nigel F. Telman
Proskauer Rose LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
(312) 962-3551 (fax)
Email: ntelman@proskauer.com

Baldassare Vinti (*pro hac vice*)
Bradley I. Ruskin (*pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel.: 212.969.3249
Fax: 212.969.2900
Email: bvinti@proskauer.com

*Counsel for Defendant T-Mobile, Inc.*

3

*/s/ John J. Hamill*
John J. Hamill
Michael S. Pullos
Devin Carpenter
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.7036/2176
Fax: 312.251.5809
Email: john.hamill@dlapiper.com
Email: michael.pullos@us.dlapiper.com
Email: devin.carpenter@us.dlapiper.com

*Counsel for Defendant Inteliquent, Inc.*
