# EXHIBIT B

Document3

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON STIPULATED AGREEMENT**
**CONCERNING EXTENSION OF DEADLINES**

Upon consideration of the Parties' Stipulated Agreement Concerning Extension of Deadlines, it is hereby, ORDERED that:

1. Plaintiffs' deadline to file oppositions to Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint, shall be extended by three days to February 5, 2021;

1. Defendants' deadline to file their reply briefs in support of their Motions to Dismiss Plaintiffs' Second Amended Complaint, shall be extended by three days to February 19, 2021.

It is so Ordered.

_____
Honorable John Z. Lee