## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

                                    Plaintiff,

v.                                                                   Case No.: 1:19–cv–07190
                                                                     Honorable John Z. Lee

T–Mobile USA, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 22, 2021:

        MINUTE entry before the Honorable John Z. Lee:The Court has reviewed the
status report. The Court orders that discovery proceed with respect to Counts I, II, III and
VIII as to Defendant T–Mobile, and Count VIII as to Defendant Inteliquent. Furthermore,
the Court will not require the parties to follow the procedures in the MIDP for this matter.
Accordingly, the parties should submit an joint initial status report containing the items
required in the Court's standing order by 3/15/21. A status hearing is set for 3/24/21 at
10:00 a.m. In light of the COVID–19 pandemic and the related General Orders, the Court
finds that it is necessary to conduct the status hearing via telephone conference. The
call–in number is 888–273–3658 and the access code is 1637578. Counsel of record will
receive a separate email at least 12 hours prior to the start of the telephonic hearing with
instructions on how to join the call. All persons granted remote access to proceedings are
reminded of the general prohibition against photographing, recording, and rebroadcasting
of court proceedings. Violation of these prohibitions may result in court–imposed
sanctions, including removal of court issued media credentials, restricted entry to future
hearings, denial of entry to future hearings, or any other sanctions deemed necessary by
the Court. All participants should review the Court's standing order regarding telephone
conferences that is on Judge Lee's website, which can be found at:
https://www.ilnd.uscourts.gov/judge–info.aspx?4Qf5 zc8loCI5U7rfMP9DHw==. Mailed
notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.