THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC., | ) ) ) ) | |
| Defendants. | ) | |

**JOINT RESPONSE TO PLAINTIFFS' MOTION FOR ORAL ARGUMENT**

Defendants T-Mobile USA, Inc. and Inteliquent, Inc. ("Defendants"), by and through their attorneys, respectfully submit this Joint Response to the Motion for Oral Argument (ECF No. 111) filed by Plaintiffs Craigville Telephone Co. d/b/a AdamsWells and Consolidated Telephone Company d/b/a CTC (together, "Plaintiffs").

Plaintiffs' purported "motion" for oral argument appears to be an attempt to file an unauthorized sur-reply to Defendants' partial motions to dismiss Plaintiffs' Second Amended Complaint ("SAC"). But the "motion" does not raise any issues not already addressed in the parties' prior submissions. As for Plaintiffs' request for oral argument, the parties already set forth their respective positions in their February 19, 2021 Joint Status Report (ECF No. 108). As Defendants explained in that submission, Defendants do not believe there is a need for oral argument on their motions to dismiss because the SAC fails to state a claim for the same reasons that the Court held that the First Amended Complaint failed to state a claim and the Court is fully apprised of all the relevant arguments. Nonetheless, Defendants would not oppose oral argument if the Court believes it would be useful.

Dated:  March 4, 2021	Respectfully submitted,

/s/ Nigel F. Telman
Nigel F. Telman
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
(312) 962-3551 (fax)
ntelman@proskauer.com

Bradley I. Ruskin (admitted pro hac vice)
Michael T. Mervis (admitted pro hac vice)
Baldassare Vinti (admitted pro hac vice)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
(212) 969-3249
(212) 969-2900
bruskin@proskauer.com
mmervis@proskauer.com
bvinti@proskauer.com

*Attorneys for T-Mobile USA, Inc.*

/s/ *John J. Hamill*
John J. Hamill
Michael S. Pullos
Devin Carpenter
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago Illinois 60606
Tel: 312.368.7036/2176
Fax: 312.251.5809/312.630.6350
john.hamill@dlapiper.com
michael.pullos@us.dlapiper.com
devin.carpenter@us.dlapiper.com

*Attorneys for Inteliquent, Inc.*

## **CERTIFICATE OF SERVICE**

I, Nigel F. Telman, one of the attorneys for Defendants, T-Mobile USA, Inc., certify that I caused a copy of the attached JOINT RESPONSE TO PLAINTIFFS' MOTION FOR ORAL ARGUMENT to be served by email via the Court's ECF System, upon counsel for Plaintiffs:

David T.B. Audley
Mia D. D'Andrea
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Email: audley@chapman.com
Email: dandrea@chapman.com

Cathy A. Hinger
G. David Carter
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC 20036
Email: cathy.hinger@wbd.us.com
Email: david.carter@wbd.us.com

Kurt Weaver
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27061
Email: kurt.weaver@wbd-us.com

this 4th day of March, 2021.

*/s/ Nigel F. Telman*