# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

                                        Plaintiff,

v.                                                                     Case No.: 1:19–cv–07190
                                                                         Honorable John Z. Lee

T–Mobile USA, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 24, 2021:

      MINUTE entry before the Honorable John Z. Lee: Telephonic status hearing held on 3/24/2021. Based upon the joint status report [114], the Court sets the following case management dates: Initial disclosures shall be submitted on or before 3/30/2021; deadline for any amendments is 8/1/2021. Fact discovery shall be completed on or before 12/15/2021. Parties are reminded that fact discovery is not bifurcated. Each party can serve up to thirty interrogatories on any other party. Each side will be permitted 15 depositions. Rule 30(b)(6) depositions shall be limited to 7 hour rule; however, the Court will permit a separate Rule 30(b)(6) deposition for the respective records custodians that will last 5 hours. Counsel shall meet and confer regarding any discovery disputes prior to filing any status report detailing the dispute. Counsel shall submit a joint status report on or before 6/25/2021 regarding status of discovery. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.