UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Craigville Telephone Co., et al.
                              Plaintiff,
v.                                          Case No.: 1:19−cv−07190
                                            Honorable John Z. Lee
T−Mobile USA, Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 21, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court acknowledges the District Judge's referral of this case for general discovery supervision [127]. The Court is wading through Plaintiffs' self−styled Joint Status Report to Resolve Discovery Disputes [125] and it will issue an appropriate order or orders including, if necessary, an order setting an in−person or telephonic hearing, after it has digested that 36−page filing. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.