# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

                        Plaintiff,

v.                                                                Case No.: 1:19−cv−07190
                                                                   Honorable John Z. Lee

T−Mobile USA, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 8, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motions for Entry of Third Party Confidentially Orders (Ribbon Communications and Ericsson) [135][137] are denied as moot given that the Court seems to have resolved or largely resolved the disputes laid out in the briefs filed in connection with those motions in its Order entered on 9/1/21 concerning the parties' Joint Motion to Resolve Discovery Disputes [125]. To the extent disputes remain, the Court can address them at the status hearing set for 9/15/21 [148]. In addition, in the Court's view, there appears to be no need for there to be more than one confidentiality order to be entered in this case to cover discovery of both parties and third parties. The Court notes that if Plaintiffs are correct that Defendants intend to designate all the documents they produce or all documents produced by third parties as "attorneys' eyes only," it is difficult for the Court to believe that will be acceptable in this case. But the Court also has a hard time believing that is what Defendants intend to do based on its review of what appears to be Defendants' last proposed draft confidentiality order [125−20] at least as of the date the parties filed their Joint Motion [125]. To be clear, nothing in this Order or the Court's prior Order [148] is intended to allow Defendants to designate documents as "attorneys' eyes only" if those documents are not entitled to that high level of protection and designating documents as such will not unduly burden or prejudice Plaintiffs in their ability to prosecute this case. Before the next status hearing, the parties should send to the Court's courtroom deputy via email each side's last proposal with respect to a confidentiality order to be entered in this case unless the parties have agreed on the terms of a confidentiality order to be entered by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.