IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) ) | |
| Defendants. | ) | |

**INTELIQUENT, INC.'S RULE 12(c)**
**OPPOSED MOTION FOR JUDGMENT ON THE PLEADINGS**

Inteliquent, Inc. ("Inteliquent") respectfully moves pursuant to Federal Rule of Civil Procedure 12(c) for judgment on the pleadings. The grounds for this motion are set forth in the accompanying memorandum of law. Pursuant to this Court's standing order, before filing this motion, Inteliquent's counsel asked the plaintiffs' counsel whether the plaintiffs object to the motion. The plaintiffs oppose this motion.

WHEREFORE, Inteliquent requests that this Court grant this motion, and order any other such relief that the Court deems just and proper.

Dated: September 14, 2021                                Respectfully submitted,

By: */s/John J. Hamill*
John J. Hamill
john.hamill@dlapiper.com
Michael S. Pullos
michael.pullos@us.dlapiper.com
Devin Carpenter
devin.carpenter@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.7036/2176
Fax: 312.251.5809/312.630.6350

*Attorneys for Inteliquent, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned attorney, on oath, certifies that on September 14, 2021 he served the foregoing **Inteliquent, Inc.'s Rule 12(c) Opposed Motion for Judgment on the Pleadings** via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.


By: */s/John J. Hamill*
John J. Hamill