# IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF OPPOSED MOTION

**PLEASE TAKE NOTICE** that on that on Tuesday, September 21, 2021, at 9:00 a.m., we shall appear before the Honorable John Z. Lee, Courtroom 2125, or someone sitting in his stead in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Inteliquent's Rule 12(c) Opposed Motion for Judgment on the Pleadings, a copy of which is attached hereto.

Dated: September 14, 2021

Respectfully submitted,

By:*/s/John J. Hamill*
John J. Hamill
john.hamill@dlapiper.com
Michael S. Pullos
michael.pullos@us.dlapiper.com
Devin Carpenter
devin.carpenter@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.7036/2176
Fax: 312.251.5809/312.630.6350

*Attorneys for Inteliquent, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney, on oath, certifies that on September 14, 2021 he served the foregoing **Notice of Opposed Motion for Inteliquent, Inc.'s Rule 12(c) Opposed Motion for Judgment on the Pleadings** via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

By: */s/John J. Hamill*
John J. Hamill