# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

Plaintiff,

v.

Case No.: 1:19–cv–07190<br>Honorable John Z. Lee

T–Mobile USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 15, 2021:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 9/15/21 and continued to 9/21/21 at 10:30 a.m. An additional telephone status hearing is set for 10/14/21 at 10:00 a.m. Defendant TMUS will serve any supplement to its Rule 26(a)(1) disclosures and/or to its responses and objections to Plaintiffs' written discovery requests by no later than 9/22/21. The parties' joint request for a 3–month extension of the discovery close date is granted. Fact discovery shall be completed by 3/15/22. This extension does not apply to the previously set date of 9/30/21 for adding parties or amending pleadings [133]. Any motion seeking relief from the 9/30/21 deadline to amend pleadings and join parties shall be brought before the District Judge. The parties shall file an updated status report by 10/22/21. Plaintiffs, Defendant T–Mobile USA, Inc. and Third–Party Subpoena Recipient Wilkinson Barker Knauer LLP shall file a joint status report by September 30, 2021, concerning their efforts to resolve Plaintiff's Motion to Compel in Case No. 21–cv–4569 (N.D. Ill.). The toll–free call–in number and access code for the continued telephone conference is as follows: Dial: 877–336–1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. See accompanying Order for further details. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.