IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE USA, INC.; and INTELIQUENT, INC.,<br><br>Defendants. | No. 19 C 7190<br><br>Jeffrey T. Gilbert<br>United States Magistrate Judge |

## **ORDER**

This Order memorializes certain oral rulings and guidance concerning the preparation of joint status reports and joint motions to resolve discovery disputes as discussed on the record during the status hearing held on September 15, 2021 [ECF No. 157]. Plaintiffs requested that the Court formalize a procedure for filing such joint documents and the Court hereby memorializes that procedure. This Order is intended as a supplement to the docket entry of even date and to the Court's other rulings and guidance provided on the record.

As discussed on the record, the Court strongly prefers joint status reports and joint motions to resolve discovery disputes, if at all possible. The Court has observed that the process of preparing a joint filing in these respects often helps the parties to resolve issues that can be resolved before they need to be brought to the Court for resolution, and it also may help the parties to understand each other's positions better and, therefore, to get along better in the litigation. If a party or the parties find this process more cumbersome than beneficial, however, and one or more parties want to change the procedure, then it or they should so inform the Court.

Plaintiffs are responsible for preparing a first draft of any joint status report that the Court requires the parties to file in the future. Plaintiffs are responsible for submitting a draft report to Defendants in a manner that allows sufficient time for Defendants to consider and respond to Plaintiffs' draft, and for the parties to confer and agree on a final document before it is filed. Defendants shall provide their response to Plaintiffs' draft report and any proposed additions to Plaintiffs' draft at least 72 hours (weekend hours from 5:00 p.m on Friday until 8:00 a.m. on Monday excluded) after receiving the draft from Plaintiffs. The parties shall work together in good faith to finalize and file their joint status report. To be clear, in the Court's view, Plaintiffs' draft should be submitted to Defendants more than 72 hours before the date the report is due for the process outlined in this Order to be meaningful and to work as intended.

As also discussed on the record, the Court strongly prefers joint motions to resolve discovery disputes in the future for the same reasons as referenced above. The aggrieved party (i.e., the party seeking relief from the Court) in that situation will provide its draft of a joint motion to the other side after the parties have complied with Local Rule 37.1. The other side shall provide its response to the aggrieved party's position, and its own portion of the joint motion, by 5:00 p.m. on the 5th business day after receiving the initial draft motion (weekends excluded). The parties shall work together in good faith to finalize any such joint motion so that it can be filed within 7 days of the opposing party's or parties' initial response to the aggrieved party's draft motion, absent agreement of the parties to a different schedule in writing (email will suffice).

It is so ordered.

_____
Jeffrey T. Gilbert
United States Magistrate Judge

Dated: September 15, 2021