## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

                          Plaintiff,

v.                                         Case No.: 1:19−cv−07190

                                         Honorable John Z. Lee

T−Mobile USA, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 21, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 9/21/21. The Court ruled on the parties' remaining disputes concerning a confidentiality order. The parties will send the final version of their confidentiality order per the Court's rulings today on the record to the Court's proposed order email at Proposed_Order_Gilbert@ilnd.uscourts.gov. The telephone status hearing set for 10/14/21 at 10:00 a.m. [157] will proceed as scheduled. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.