**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Craigville Telephone Co., et al.

                            Plaintiff,

v.                                                                   Case No.: 1:19−cv−07190
                                                                     Honorable John Z. Lee

T−Mobile USA, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 14, 2021:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 10/14/21. The Court reviewed the parties' Joint Status Report [165]. At Plaintiffs' request and without objection from any other concerned party or third−party, the Court will continue to hold Plaintiff's Motion to Compel Compliance with Subpoena to Non−Party WBK LLP filed in Case No. 21−cv−4569 (N.D. Ill.) in abeyance pending further production of documents by Defendant T−Mobile. The parties will file an updated status report by 10/22/21 as previously ordered [157]. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.