**IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge John Z. Lee |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO RESOLVE DISCOVERY DISPUTE**

Defendant T-Mobile USA, Inc. ("TMUS") respectfully submits this joint motion to resolve the parties' discovery dispute. TMUS requests a protective order requiring Plaintiffs Craigville Telephone Co. d/b/a AdamsWells and Consolidated Telephone Company d/b/a CTC (together, "Plaintiffs") to seek TMUS's advance written consent or leave of Court before using personally identifiable information produced to Plaintiffs in discovery to contact any current or former TMUS customer. Plaintiffs oppose TMUS's request and request oral argument on this joint motion. In accordance with Magistrate Judge Gilbert's September 15, 2021 Order (ECF No. 158) and preference for joint briefs concerning discovery disputes, the accompanying joint brief sets forth both the grounds for this motion as well as Plaintiffs' opposition thereto.

This motion complies with Local Rule 37.2. The parties met and conferred via telephone on September 13, 2021 at 3pm Eastern but were unable to resolve the dispute. Cathy Hinger and Kurt Weaver participated on behalf of Plaintiffs, Michael Mervis and Tiffany Woo participated on behalf of TMUS, and Joe Carey participated on behalf of Defendant Inteliquent, Inc.

WHEREFORE, the parties request that this Court consider this joint motion.

Dated: October 20, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nigel F. Telman
　　　　　　　　　　　　　　　　　　　　　　　　Nigel F. Telman
　　　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　　　　　　　　　70 West Madison, Suite 3800
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　　　(312) 962-3550
　　　　　　　　　　　　　　　　　　　　　　　　(312) 962-3551 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　ntelman@proskauer.com

　　　　　　　　　　　　　　　　　　　　　　　　Bradley I. Ruskin (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Michael T. Mervis (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Baldassare Vinti (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP
　　　　　　　　　　　　　　　　　　　　　　　　11 Times Square
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　　(212) 969-3249
　　　　　　　　　　　　　　　　　　　　　　　　(212) 969-2900
　　　　　　　　　　　　　　　　　　　　　　　　bruskin@proskauer.com
　　　　　　　　　　　　　　　　　　　　　　　　mmervis@proskauer.com
　　　　　　　　　　　　　　　　　　　　　　　　bvinti@proskauer.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for T-Mobile USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney, on oath, certifies that on October 20, 2021 he served the foregoing **Joint Motion to Resolve Discovery Dispute** via the ECF system to all parties that have consented to same in accordance with applicable Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois.

By: */s/ Nigel F. Telman*
Nigel F. Telman