# EXHIBIT 9

| | |
|---|---|
| **From:** | Pullos, Michael |
| **To:** | Carter, David; Woo, Tiffany M.; Alladi, Om V.; Mervis, Michael T.; Hamill, John; Carpenter, Devin; Vinti, Baldassare |
| **Cc:** | Gallagher, Katie; Bruno, Victoria; Carey, Joe; Hinger, Cathy; Weaver, Kurt; dandrea@chapman.com; audley@chapman.com |
| **Subject:** | RE: Craigville Telephone Co. v. T-Mobile USA, Inc. et al.: Record Custodian Depositions |
| **Date:** | Thursday, October 21, 2021 4:19:23 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

**EXTERNAL EMAIL: Open Attachments and Links With Caution.**

David --

On behalf of Inteliquent, we respond as follows:

1. We are in receipt of your Sunday morning email requesting a deposition on November 8 or 9. Inteliquent is unavailable for a custodian of records deposition during November as lead counsel and I are on trial the weeks of November 8, 15, and 29. The last day of evidence in the trial (a private arbitration) is scheduled for December 3.

2. Please advise us of dates that a custodial representative of each of the two named plaintiffs will be available during the weeks of December 8 and 15 and we will work so that all the depositions of the current parties can be done in the same week.

3. Also we are not certain if the topics you sent are meant to be final as they are unsigned and marked draft, so we will await responding to them until you have clarified. Please be advised that many of the topics have nothing to do with the cause of action against Inteliquent and are not custodial topics. As it is a lengthy list of 50-plus topics, we respectfully decline to provide comments to a draft.

4. We will also review and respond to the draft remote deposition protocol.

Best regards,
Michael

**From:** Carter, David <David.Carter@wbd-us.com>
**Sent:** Sunday, October 17, 2021 7:19 AM
**To:** Woo, Tiffany M. <TWOO@proskauer.com>; Alladi, Om V. <OAlladi@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Pullos, Michael <Michael.Pullos@us.dlapiper.com>; Hamill, John <John.Hamill@us.dlapiper.com>; Carpenter, Devin <Devin.Carpenter@us.dlapiper.com>; Vinti, Baldassare <BVinti@proskauer.com>

**Cc:** Gallagher, Katie <Katie.Gallagher@wbd-us.com>; Bruno, Victoria <Victoria.Bruno@wbd-us.com>; Hinger, Cathy <Cathy.Hinger@wbd-us.com>; Weaver, Kurt <Kurt.Weaver@wbd-us.com>; dandrea@chapman.com; audley@chapman.com
**Subject:** RE: Craigville Telephone Co. v. T-Mobile USA, Inc. et al.: Record Custodian Depositions

 EXTERNAL MESSAGE

Counsel:

We would like to schedule the record custodian depositions authorized by the Court. We are targeting November 8th and 9th for the depositions and intend to conduct them remotely. I am attaching a draft of the deposition notice and would ask that you review and let me know by Wednesday morning if the parties have a preference for which deposition is conducted on which of those two days. If someone has an unavoidable conflict on those dates, then I would be glad to do a call to explore whether we can identify two other consecutive days in the early part of November that would work for the depositions.

Also attached is a draft proposed stipulation with a protocol governing the conduct of remote depositions. I have found it useful in other matters to have clearly-defined expectations for how depositions will be conducted to the extent that they are being done remotely. I would request that you also review and provide comments you may have on this draft.

Thanks,
David

**David Carter**\*
*Licensed in Virginia and the District of Columbia. Not licensed to practice law in Georgia.
Partner
Womble Bond Dickinson (US) LLP

| | | |
|---|---|---|
| **d:** | 404-962-7593 | Atlantic Station |
| **m:** | 202-704-5401 | 271 17th Street, NW |
| **e:** | David.Carter@wbd-us.com | Suite 2400 |
| | | Atlanta, GA 30363-1017 |



**wombebonddickinson.com**
  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or

omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see [www.womblebonddickinson.com/us/legal-notice](www.womblebonddickinson.com/us/legal-notice) for further details.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.