THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) ) | Judge John Z. Lee Magistrate Judge Jeffrey T. Gilbert |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW TIFFANY M. WOO
AS COUNSEL FOR DEFENDANT T-MOBILE USA, INC.**

Pursuant to Local Rule 83.17 of the Northern District of Illinois, Defendant T-Mobile USA, Inc. ("TMUS") hereby moves, by and through its undersigned counsel, for an order permitting the withdrawal of Tiffany M. Woo as counsel. In support of this Motion, it is hereby stated:

1. On April 30, 2021, this Court granted Tiffany M. Woo's application to appear *pro hac vice*. (ECF No. 119.)

2. Ms. Woo is leaving her employment at Proskauer Rose LLP.

3. Defendant TMUS will continue to be represented by Nigel F. Telman, Edward C. Young, Bradley I. Ruskin, Michael T. Mervis, Baldassare Vinti, and Om V. Alladi of Proskauer Rose LLP.

4. Because the aforementioned attorneys are continuing their representation of TMUS, withdrawal of Ms. Woo's representation will not prejudice TMUS.

WHEREFORE, TMUS respectfully requests that this Court grant Ms. Woo leave to withdraw her representation.

Dated: January 13, 2022

Respectfully submitted,

/s/ Nigel F. Telman
Nigel F. Telman
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
(312) 962-3551 (fax)
ntelman@proskauer.com

Bradley I. Ruskin (admitted pro hac vice)
Michael T. Mervis (admitted pro hac vice)
Baldassare Vinti (admitted pro hac vice)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
(212) 969-3249
(212) 969-2900
bruskin@proskauer.com
mmervis@proskauer.com
bvinti@proskauer.com

## **CERTIFICATE OF SERVICE**

I, Nigel F. Telman, one of the attorneys for Defendant T-Mobile USA, Inc., certify that I caused a copy of the foregoing MOTION TO WITHDRAW TIFFANY M. WOO AS COUNSEL FOR DEFENDANT T-MOBILE USA, INC. to be served by email via the Court's ECF System, upon counsel for Plaintiffs:

David T.B. Audley
Mia D. D'Andrea
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Email: audley@chapman.com
Email: dandrea@chapman.com

Cathy A. Hinger
G. David Carter
Womble Bond Dickinson (US) LLP
1200 19th Street, NW, Suite 500
Washington, DC 20036
Email: cathy.hinger@wbd.us.com
Email: david.carter@wbd.us.com

Kurt Weaver
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27061
Email: kurt.weaver@wbd-us.com

John Hamill
Michael Pullos
Counsel for Inteliquent, Inc.
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Email: john.hamill@dlapiper.com
Email: michael.pullos@dlapiper.com

this 13th day of January, 2022.

                                                           */s/Nigel F. Telman*