# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Craigville Telephone Co., et al.

Plaintiff,

v.

Case No.: 1:19−cv−07190
Honorable John Z. Lee

T−Mobile USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 16, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion to Seal Select Text from Plaintiffs' Memorandum of Law in Support of their Motion to Compel Documents from Inteliquent, Inc. and Certain Exhibits Thereto [218] is granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.