# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Craigville Telephone Co., et al.

                    Plaintiff,

v.                                                  Case No.: 1:19–cv–07190
                                                    Honorable John Z. Lee

T–Mobile USA, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 24, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Unopposed Motion to Extend Deadlines [228] is granted without objection from Defendants. The previous deadline to amend pleadings and join parties [198] is extended to 5/27/22. The fact discovery deadline [157] is extended to 9/15/22. Additionally, per the Court's order of 1/6/22 [205], the Court now sets the following briefing schedule on Plaintiffs' Motion to Compel [199]: Response due by 3/10/22. Reply due by 3/17/22. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.