# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC., <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC.; and INTELIQUENT, INC., <br><br> Defendants. | Case No. 1:19-cv-07190 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Jeffrey T. Gilbert |

## INTELIQUENT, INC.'S AMENDED DECLARATION PURSUANT TO FRCP 7.1(a) AND NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Please take notice that Inteliquent, Inc. is the wholly owned subsidiary of Onvoy, LLC. Sinch AB, a publicly-traded company, is the indirect parent company of Inteliquent by virtue of Sinch AB's interest in Onvoy, LLC. No other affiliate owns 5% or more of Inteliquent's stock.

Dated: March 8, 2022

Respectfully submitted,
By: */s/ John J. Hamill*

John J. Hamill
john.hamill@dlapiper.com
Michael S. Pullos
michael.pullos@us.dlapiper.com
Devin Carpenter
devin.carpenter@us.dlapiper.com
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: 312.368.7036/2176
Fax: 312.251.5809/312.630.6350

*Attorneys for Inteliquent, Inc.*

**Certificate of Service**

      I hereby certify that on March 8, 2022, I electronically filed the foregoing **Defendant Inteliquent, Inc.'s Amended Declaration Pursuant to FRCP 7.1(a) and Notification of Affiliates Pursuant to Local Rule 3.2** using the ECF System for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. Notice of this filing will be sent by operations of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                                   /s/ *John Hamill*
                                                   John J. Hamill