# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Craigville Telephone Co., et al.

                                                            Plaintiff,

v.                                                                             Case No.: 1:19–cv–07190
                                                                            Honorable John Z. Lee

T–Mobile USA, Inc., et al.

                                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 27, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: T–Mobile's consented motion for leave to file memorandum in opposition to plaintiff's motion to compel subpoena response from Ericsson, Inc. [255] is granted. Plaintiffs reply is due by 5/4/22 in accordance with the briefing schedule previously set in Case No. 22–1595, minute entry entered on 4/21/22, docket no. [19]. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.