## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Craigville Telephone Co., et al.
                                  Plaintiff,

v.                                                                                 Case No.: 1:19−cv−07190
                                                                                     Honorable John Z. Lee

T−Mobile USA, Inc., et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 3, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report [258]. The parties shall file a joint brief concerning their continuing dispute about disclosure of Defendant T−Mobile's customer information [169][252] on or before 6/10/22. The parties shall produce their privilege logs based on the status of their current responses to Rule 34 requests and their existing document productions by 6/24/22. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.