**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Craigville Telephone Co., et al.

                          Plaintiff,

v.                                                    Case No.: 1:19−cv−07190
                                                      Honorable John Z. Lee

T−Mobile USA, Inc., et al.

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 11, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Unopposed Motion to Extend Deadline to Amend Pleadings and Join Parties, and the Discovery Deadline [266] is granted in part. Pursuant to the parties' agreement and for the reasons set forth in Plaintiffs' Motion, the deadline to complete fact discovery is extended six months to March 15, 2023. The request to extend the deadline to amend the pleadings and to join parties is for the District Judge. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.