**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Craigville Telephone Co., et al.

                      Plaintiff,

v.                                                   Case No.: 1:19–cv–07190
                                                   Honorable Sharon Johnson Coleman

T–Mobile USA, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed Plaintiffs' Motion for Order Scheduling Five Business Day Meet and Confer Response Deadlines [320] and Defendants' Response [321]. No briefing schedule was entered on the motion and no reply from Plaintiffs is necessary at this time. In the Court's discretion to manage discovery and ensure the "just, speedy, and inexpensive determination" of this proceeding pursuant to Rules 1 and 26 of the Federal Rules of Civil Procedure, Plaintiffs' Motion [320] is denied. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.