UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Craigville Telephone Co., et al.
                        Plaintiff,

v.                                                 Case No.: 1:19−cv−07190
                                                  Honorable Sharon Johnson Coleman

T−Mobile USA, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 23, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion To Extend Deadline To Amend Pleadings And Join Parties, And The Discovery Deadline [328] is granted, in part, over Defendant T−Mobile's objection and for good cause shown. The date for Plaintiffs to amend pleadings and/or add parties without first obtaining court approval is extended from 12/26/22 to 2/24/23. In exercising its discretion to extend the date for Plaintiffs to amend pleadings or add parties for another 60 days past the last extended deadline set by the Court [272], which extension at that time was unopposed [266], the Court is mindful that at some point in the gestation of this case the pleadings must be closed. The Court also agrees with Defendants that even if the deadline to amend or add parties without express leave of court is not extended today or in the future, that does not prevent Plaintiffs from seeking leave to amend or add parties after the deadline has passed if they can meet the appropriate legal standard for seeking such relief. That said, the Court finds that good cause within the meaning of Federal Rule of Civil Procedure 6(b)(4) exists for this modification of the case management schedule for the reasons set forth in the Motion and over Defendant T−Mobile's objection. The Court is not at this time extending the 3/15/23 fact discovery close date [267], and Plaintiffs' request for that relief in their Motion [328] is denied without prejudice. The parties, however, shall file a joint status report by 3/6/23 that outlines the then−current status of written discovery including third−party discovery; what remains to be done with respect to written discovery; identifies any depositions that have been taken to the date of the report; identifies to the best of all parties' ability the witnesses any party then−intends to depose before the close of fact discovery; and states whether dates for any of those depositions have been proposed or confirmed. If any party seeks an extension of the fact discovery close date at that time, then the report should contain the parties' respective positions on that issue, too. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.