**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Craigville Telephone Co., et al.
                Plaintiff,

v.	    Case No.: 1:19−cv−07190
    Honorable Sharon Johnson Coleman

T−Mobile USA, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 9, 2023:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 1/9/2023. Parties report that they are working through discovery issues with Magistrate Judge Gilbert. The Court suggested that this case may need a special master appointed. Plaintiffs agreed; defendant T−Mobile believe it is not warranted. Oral Arguments as to defendant Inteliquent, Inc.'s Rule 12(c) motion for judgment on the pleadings [282] is set for 1/25/2023 at 1:30 PM as an in−person hearing. Because plaintiffs' Motion to Compel [216] was struck without prejudice, subsequently refiled, and has since been fully briefed, the Court strikes defendant Inteliquent Inc.'s Motion for Leave to File Surreply [243] and defendant Inteliquent Inc.'s Motion to Seal [244] as moot. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.