# EXHIBIT 1

**From:** Carpenter, Devin <Devin.Carpenter@us.dlapiper.com>
**Sent:** Thursday, January 12, 2023 5:40 PM
**To:** Bruno, Victoria; Carey, Joe
**Cc:** Pullos, Michael; Hamill, John; audley@chapman.com; Mia D. D'Andrea; Hinger, Cathy; Carter, David; Weaver, Kurt; Gallagher, Katie; Baker, Jeremy; Nemith, Mike
**Subject:** RE: Letter re Inteliquent's Answers to First Interrogatories and Second Requests for Production

External (devin.carpenter@us.dlapiper.com)

Report This Email FAQ

Victoria,

As to your request about extending the page limits for potential motion to compel briefing, Inteliquent takes no position on this request but will not oppose it.

Devin

---

**From:** Bruno, Victoria <Victoria.Bruno@wbd-us.com>
**Sent:** Tuesday, January 10, 2023 2:08 PM
**To:** Carpenter, Devin <Devin.Carpenter@us.dlapiper.com>; Carey, Joe <Joe.Carey@us.dlapiper.com>
**Cc:** Pullos, Michael <Michael.Pullos@us.dlapiper.com>; Hamill, John <John.Hamill@us.dlapiper.com>; audley@chapman.com; Mia D. D'Andrea <dandrea@chapman.com>; Hinger, Cathy <Cathy.Hinger@wbd-us.com>; Carter, David <David.Carter@wbd-us.com>; Weaver, Kurt <Kurt.Weaver@wbd-us.com>; Gallagher, Katie <Katie.Gallagher@wbd-us.com>; Baker, Jeremy <Jeremy.Baker@wbd-us.com>; Nemith, Mike <Mike.Nemith@wbd-us.com>
**Subject:** FW: Letter re Inteliquent's Answers to First Interrogatories and Second Requests for Production

EXTERNAL MESSAGE

Devin and Joe,

I am following up on my letter dated December 30, 2022, regarding the status of our meet and confer discussions on Inteliquent's responses to Plaintiffs' Second Request for Production of Documents. We heard Michael Pullos say at the hearing yesterday that Inteliquent's response letter is forthcoming this week. Nonetheless, as noted in my letter, we are at impasse on 54 of the 65 requests (not including No. 3 on CDRs, which is the subject of separate meet and confer discussions). While the parties continue to work through the outstanding issues on the remaining requests, Plaintiffs will be preparing a motion to compel production. It is not possible to brief the issues on such a large number of requests fully and adequately in only 15 pages. We would like to know your position on a motion seeking leave to extend the page limit under Local Rule 7.1 to 30 pages for Plaintiffs' initial memorandum of law in support of the motion, as well as 30 pages for Inteliquent's memorandum of law in opposition.

Best regards,

Victoria

**From:** Bruno, Victoria <Victoria.Bruno@wbd-us.com>
**Sent:** Friday, December 30, 2022 6:02 PM
**To:** Carpenter, Devin <Devin.Carpenter@us.dlapiper.com>; Carey, Joe <Joe.Carey@us.dlapiper.com>
**Cc:** Pullos, Michael <Michael.Pullos@us.dlapiper.com>; Hamill, John <John.Hamill@us.dlapiper.com>; audley@chapman.com; Mia D. D'Andrea <dandrea@chapman.com>; Hinger, Cathy <Cathy.Hinger@wbd-us.com>; Carter, David <David.Carter@wbd-us.com>; Weaver, Kurt <Kurt.Weaver@wbd-us.com>; Gallagher, Katie <Katie.Gallagher@wbd-us.com>; Baker, Jeremy <Jeremy.Baker@wbd-us.com>
**Subject:** Letter re Inteliquent's Answers to First Interrogatories and Second Requests for Production

Devin and Joe:

Please see the attached letter regarding the status of our meet and confers and follow ups.

Best regards,

Victoria

**Victoria Bruno**
Partner
Womble Bond Dickinson (US) LLP

**d:** 202-857-4420
**m:** 202-538-0734
**e:** Victoria.Bruno@wbd-us.com

2001 K Street, NW
Suite 400 South
Washington, DC 20006




**womblebonddickinson.com**





This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.