**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Craigville Telephone Co., et al.
                            Plaintiff,

v.                                               Case No.: 1:19−cv−07190
                                                   Honorable Sharon Johnson Coleman

T−Mobile USA, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 25, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court strikes Plaintiff's Motion for Appointment by the District Judge for a Pretrial Master for Discovery [340]. The Court directs Plaintiff to refile this motion before Magistrate Judge Gilbert, who will set a briefing schedule on the issue. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.