IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:19-cv-07190 |
| vs. | ) ) | Judge Sharon Johnson Coleman Magistrate Judge Jeffrey T. Gilbert |
| T-MOBILE USA, INC.; and INTELIQUENT, INC. | ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINES REGARDING PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS AGAINST T-MOBILE AND MOTION TO COMPEL SUPPLEMENTAL RESPONSE TO ONE RELATED INTERROGATORY**

COMES NOW Defendant, T-Mobile USA, Inc. ("TMUS"), which respectfully moves this Honorable Court for an order modifying the Court's minute entry dated February 7, 2023 (ECF 353) (the "Minute Entry") to extend the briefing schedule on Plaintiffs' Second Motion to Compel Production of Certain Documents Against T-Mobile and Motion to Compel Supplemental Response to One Related Interrogatory (the "Second Motion to Compel") (ECF 350). In support thereof, TMUS states as follows:

1. On February 3, 2023, Plaintiffs filed their Second Motion to Compel. (ECF 350.)

2. On February 7, 2023, Magistrate Judge Gilbert issued the Minute Entry setting the briefing schedule on Plaintiffs' Second Motion to Compel and directing TMUS to respond by February 21, 2023 and Plaintiffs to reply by March 3, 2023. (ECF 353.)

3. On February 17, 2023, TMUS and Plaintiffs agreed to an extension of the briefing schedule on Plaintiffs' Second Motion to Compel to permit them time to meet and confer regarding

the effect the Court's recent order dismissing the conspiracy claim against Inteliquent, Inc. (ECF 354) may have on the Second Motion to Compel. Plaintiffs and TMUS agree to extend TMUS's time to respond to the Second Motion to Compel by three days, until February 24, 2023 and to extend Plaintiffs' time to file their reply by three days, until March 6, 2023.

4. This request is being brought for good cause and not for the purpose of delaying this matter.

WHEREFORE, TMUS respectfully requests that the Court modify its Minute Entry to extend the deadline for TMUS to respond to Plaintiffs' Second Motion to Compel from February 21, 2023 to February 24, 2023, to extend Plaintiffs' time to file their reply from March 3, 2023 to March 6, 2023, and for any further relief this Court deems just and proper. As noted above, Plaintiffs consent to the relief requested by this motion.

Dated: February 20, 2023

Respectfully submitted,

/s/ Nigel F. Telman
Nigel F. Telman
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
(312) 962-3551 (fax)
ntelman@proskauer.com

Bradley I. Ruskin (admitted pro hac vice)
Michael T. Mervis (admitted pro hac vice)
Baldassare Vinti (admitted pro hac vice)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
(212) 969-3249
(212) 969-2900
bruskin@proskauer.com
mmervis@proskauer.com
bvinti@proskauer.com

2

**CERTIFICATE OF SERVICE**

  I, Nigel F. Telman, one of the attorneys for Defendant T-Mobile USA, Inc., certify that I caused a copy of the attached UNOPPOSED MOTION TO EXTEND DEADLINES REGARDING PLAINTIFFS' SECOND MOTION TO COMPEL PRODUCTION OF CERTAIN DOCUMENTS AGAINST T-MOBILE AND MOTION TO COMPEL SUPPLEMENTAL RESPONSE TO ONE RELATED INTERROGATORY to be served by email via the Court's ECF System, upon all counsel of record this twentieth day of February, 2023.

                */s/Nigel F. Telman*