## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Craigville Telephone Co., et al.

                      Plaintiff,

v.                                                Case No.: 1:19–cv–07190
                                                Honorable Sharon Johnson Coleman

T–Mobile USA, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant TMUS's Unopposed Motion for Extension of Time [361] is granted. The briefing schedule previously set by the Court [353] on Plaintiffs' Second Motion to Compel [350] is modified as follows: Defendant TMUS's response is due 2/24/23. Plaintiffs reply is due 3/6/23. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.