# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Craigville Telephone Co., et al.

                                        Plaintiff,

v.                                             Case No.: 1:19−cv−07190
                                                 Honorable Sharon Johnson Coleman

T−Mobile USA, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: Defendant TMUS's Motion to Strike or for Leave to File a Limited Sur−reply [382] is granted in part. Defendant TMUS is given leave to file a surreply not to exceed five (5) pages by 3/29/23. The Court reserves ruling on whether Plaintiffs waived certain arguments related to CDR discovery raised in their reply. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.