# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Craigville Telephone Co., et al.

                              Plaintiff,

v.                                                          Case No.: 1:19–cv–07190
                                                         Honorable Sharon Johnson Coleman

T–Mobile USA, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 28, 2023:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties' Joint Motion to Seal Exhibits to Plaintiffs' Joint Motion to Resolve Discovery Disputes Concerning Customer Contact Order [399] and Plaintiffs' Motion to Seal Select Text Within and Exhibits to Plaintiffs' Supplemental Brief in Support of Their Renewed Motion to Compel TMUS's Response to Narrowed RFP 55 [402] are granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.