IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | No. 1:19-cv-07190 <br><br> Judge Sharon Johnson Coleman <br> Magistrate Judge Jeffrey T. Gilbert |

## CASE MANAGEMENT ORDER NO. 1

The parties jointly submitted a Joint Proposed Case Management Schedule [421] and the Court hereby enters this Case Management Order based on that submission.

I. **CLOSE OF FACT DISCOVERY:** November 17, 2023 or at least 60 days after Inteliquent complies with Plaintiffs' and Defendant's subpoenas for call detail records ("CDRs"), whichever is later.

II. **EXPERT DISCOVERY:**

   A. Plaintiffs' Expert Witness Disclosure (including Rule 26(a)(2) disclosures): **January 2, 2024.**

      i. If for any reason the close of fact discovery is extended beyond November 17, 2023, then the parties agree that Plaintiffs' Expert Witness Disclosure will be due 45 days after the close of fact discovery and the other relevant deadlines will be altered accordingly (Defendant's Expert Witness Disclosure due 45 days after Plaintiffs' Expert Witness Disclosure and Rebuttal Expert Reports due 45 days after Defendant's Expert Witness Disclosure).

   B. Defendant's Expert Witness Disclosure (including Rule 26(a)(2) disclosures): **February 16, 2024.**

   C. Rebuttal Expert Reports: **April 1, 2024.**

   D. Plaintiffs' and Defendant's Experts' depositions, including any Rule 26(a)(2)(C) witnesses, if any, shall be taken no later than **45 days after** service of all expert reports, including rebuttal expert reports.

### III. CLASS CERTIFICATION MOTION:

The parties propose the following:

- Plaintiffs' Brief: **May 4, 2024 or 30 days following the close of expert discovery**, whichever is later.

- Defendant's Brief in Opposition: no later than **60 days after** the Plaintiffs' brief.

- Plaintiffs may file a reply brief no later than **30 days after** the Defendant files its opposition.

### IV. MOTION FOR SUMMARY JUDGEMENT:

The parties propose the following:

- Any motion for summary judgment must be filed no later than **120 days after** the ruling on class certification.

- Any opposition to a motion for summary judgment is due **30 days after** the initiating motion is filed.

- Any reply in support of a motion for summary judgment in response to an opposition to summary judgment shall be due **21 days** after the opposition is filed.

### V. OTHER MATTERS:

The parties reserve all rights to seek leave of Court to modify or amend these proposed dates as discovery progresses and as may be necessary to accommodate witness availability.

_____
Jeffrey T. Gilbert
United States Magistrate Judge

Dated: May 25, 2023

2