**IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC, | ) ) ) |  |
|  | ) |  |
| Plaintiffs, | ) | No. 1:19-cv-07190 |
|  | ) |  |
| vs. | ) | Judge Sharon Johnson Coleman |
|  | ) | Magistrate Judge Jeffrey T. Gilbert |
| T-MOBILE USA, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**T-MOBILE USA, INC.'S OPPOSED MOTION TO COMPEL
RULE 26(A)(1)(A)(III) DAMAGES INFORMATION**

T-Mobile USA, Inc. ("TMUS") respectfully moves pursuant to Federal Rule of Civil Procedure 26(a) to compel the damages disclosures of plaintiffs, Craigville Telephone Co. d/b/a AdamsWells and Consolidated Telephone Company d/b/a CTC. The grounds for this motion are set forth in the accompanying memorandum of law.

This motion complies with Local Rule 37.2. As described in more detail in the accompanying memorandum of law, TMUS and Plaintiffs met and conferred on July 6, 2021, November 7, 2022, and December 2, 2022 about Plaintiffs' initial disclosures. The parties have been unable to resolve these disputes. Accordingly, on May 22, 2023, the parties agreed to a briefing schedule for TMUS's motion to compel (ECF 418), which the Court subsequently entered (ECF 420).

WHEREFORE, TMUS respectfully requests that this Court grant this motion, enter an order requiring plaintiffs to supplement their initial disclosures as required by Rule 26(a) to include

a complete list of the specific categories of damages plaintiffs seek and the computation for each

category of damages claimed, and order any other such relief that the Court deems just and proper.

Dated: June 5, 2023

Respectfully submitted,

/s/ Nigel F. Telman
Nigel F. Telman
PROSKAUER ROSE LLP
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL 60602
(312) 962-3550
(312) 962-3551 (fax)
ntelman@proskauer.com

Bradley I. Ruskin (admitted *pro hac vice*)
Michael T. Mervis (admitted *pro hac vice*)
Baldassare Vinti (admitted *pro hac vice*)
PROSKAUER ROSE LLP
11 Times Square
New York, New York 10036
(212) 969-3249
(212) 969-2900
bruskin@proskauer.com
mmervis@proskauer.com
bvinti@proskauer.com

2

## CERTIFICATE OF SERVICE

I, Nigel F. Telman, one of the attorneys for Defendant T-Mobile USA, Inc., certify that I caused a copy of the attached OPPOSED MOTION TO COMPEL RULE 26(a)(1)(A)(iii) DAMAGES INFORMATION to be served on all counsel of record on the service list below:

David T.B. Audley
Mia D. D'Andrea
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080
Email: audley@chapman.com
Email: dandrea@chapman.com

Cathy A. Hinger
G. David Carter
Victoria A. Bruno
Kathleen O. Gallagher
Jeremy L. Baker
Womble Bond Dickinson (US) LLP
2001 K Street, NW Suite 400 South
Washington, DC 20006
Email: cathy.hinger@wbd-us.com
Email: david.carter@wbd-us.com
Email: victoria.bruno@wbd-us.com
Email: katie.gallagher@wbd-us.com
Email: jeremy.baker@wbd-us.com

Kurt Weaver
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27061
Email: kurt.weaver@wbd-us.com

this 5th day of June, 2023.

*/s/ Nigel F. Telman*