# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Craigville Telephone Co., et al.
                      Plaintiff,

v.                                                          Case No.: 1:19−cv−07190
                                                           Honorable Sharon Johnson Coleman

T−Mobile USA, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Joint Motion to Extend Briefing Deadlines Regarding T−Mobile USA Inc.'s Motion to Compel Rule 26(a)(1)(A)(iii) Damages Information and Plaintiffs' Motion to Compel Supplemental Responses to Certain Interrogatories [458] is granted. TMUS shall file its reply in support of its motion to compel by 6/30/23 and Plaintiffs shall file their reply in support of their motion to compel by 7/3/23. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.