# EXHIBIT 4

| | |
|---|---|
| **From:** | Roche, Jennifer L. |
| **To:** | Maura Grossman; Hinger, Cathy |
| **Cc:** | Weaver, Kurt; Bruno, Victoria; Ames, Lela; Baker, Jeremy; audley@chapman.com; Mia D. D"Andrea; Nemith, Mike; Vinti, Baldassare; Mervis, Michael T.; Gordon, Amy B.; Gallagher, Katie; Alladi, Om V. |
| **Subject:** | RE: Craigville Telephone Co. et al v. T-Mobile USA, Inc. - TMUS"s Opposition to Plaintiffs" Motion to Restore Rule 30(b)(6) Time and to Compel TMUS to Reproduce Prepared Rule 30(b)(6) Witnesses on Matters 12(a) and 41 |
| **Date:** | Monday, March 18, 2024 8:09:54 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

External (jroche@proskauer.com)

Report This Email  FAQ

Dr. Grossman,

The parties have come to an agreement regarding Plaintiffs' Letter Motion to Restore 30(b)(6) Time on Topics 12(a) and 41 by which TMUS has agreed to restore all the 30(b)(6) time sought by the motion. As a result, TMUS is withdrawing its opposition and you will not need to resolve that motion.

**Jennifer L. Roche**
Senior Counsel

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5635; tel:+13102845635
f  310.557.2193

jroche@proskauer.com

**From:** Maura Grossman <maura.grossman@uwaterloo.ca>
**Sent:** Monday, March 11, 2024 5:35 PM
**To:** Hinger, Cathy <Cathy.Hinger@wbd-us.com>
**Cc:** Weaver, Kurt <Kurt.Weaver@wbd-us.com>; Bruno, Victoria <Victoria.Bruno@wbd-us.com>; Ames, Lela <Lela.Ames@wbd-us.com>; Baker, Jeremy <Jeremy.Baker@wbd-us.com>; audley@chapman.com; Mia D. D'Andrea <dandrea@chapman.com>; Nemith, Mike <Mike.Nemith@wbd-us.com>; Vinti, Baldassare <BVinti@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Roche, Jennifer L. <jroche@proskauer.com>; Gordon, Amy B.

<AGordon@proskauer.com>; Gallagher, Katie <Katie.Gallagher@wbd-us.com>; Alladi, Om V. <OAlladi@proskauer.com>
**Subject:** RE: Craigville Telephone Co. et al v. T-Mobile USA, Inc. - TMUS's Opposition to Plaintiffs' Motion to Restore Rule 30(b)(6) Time and to Compel TMUS to Reproduce Prepared Rule 30(b)(6) Witnesses on Matters 12(a) and 41

*This email sent by maura.grossman@uwaterloo.ca originated from outside the Firm.*

No problem.

M.R.G.

**From:** Hinger, Cathy <Cathy.Hinger@wbd-us.com>
**Sent:** Monday, March 11, 2024 7:47 PM
**To:** Maura Grossman <maura.grossman@uwaterloo.ca>
**Cc:** Weaver, Kurt <Kurt.Weaver@wbd-us.com>; Bruno, Victoria <Victoria.Bruno@wbd-us.com>; Ames, Lela <Lela.Ames@wbd-us.com>; Baker, Jeremy <Jeremy.Baker@wbd-us.com>; audley@chapman.com; Mia D. D'Andrea <dandrea@chapman.com>; Nemith, Mike <Mike.Nemith@wbd-us.com>; Vinti, Baldassare <BVinti@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Roche, Jennifer L. <jroche@proskauer.com>; Gordon, Amy B. <AGordon@proskauer.com>; Gallagher, Katie <Katie.Gallagher@wbd-us.com>; Alladi, Om V. <OAlladi@proskauer.com>
**Subject:** RE: Craigville Telephone Co. et al v. T-Mobile USA, Inc. - TMUS's Opposition to Plaintiffs' Motion to Restore Rule 30(b)(6) Time and to Compel TMUS to Reproduce Prepared Rule 30(b)(6) Witnesses on Matters 12(a) and 41

Dear Dr. Grossman,

Plaintiffs request an extension of their 3/12/24 Reply date on this motion to 3/18/24. TMUS consented to this request by email. There are three depositions this week starting tomorrow that were not scheduled at the time we negotiated the 3/12 date. We hope this is agreeable to you.

Best Regards,
Cathy Hinger

**Cathy Hinger**
She/Her
Partner
Womble Bond Dickinson (US) LLP

**d:** 202-857-4489
**m:** 703-585-3620
**e:** Cathy.Hinger@wbd-us.com

2001 K Street, NW
Suite 400 South
Washington, DC 20006

**womblebonddickinson.com**

   

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Alladi, Om V. <OAlladi@proskauer.com>
**Sent:** Friday, March 8, 2024 6:04 PM
**To:** Maura Grossman <maura.grossman@uwaterloo.ca>
**Cc:** Hinger, Cathy <Cathy.Hinger@wbd-us.com>; Weaver, Kurt <Kurt.Weaver@wbd-us.com>; Bruno, Victoria <Victoria.Bruno@wbd-us.com>; Ames, Lela <Lela.Ames@wbd-us.com>; Baker, Jeremy <Jeremy.Baker@wbd-us.com>; audley@chapman.com; Mia D. D'Andrea <dandrea@chapman.com>; Nemith, Mike <Mike.Nemith@wbd-us.com>; Vinti, Baldassare <BVinti@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Roche, Jennifer L. <jroche@proskauer.com>; Alladi, Om V. <OAlladi@proskauer.com>; Gordon, Amy B. <AGordon@proskauer.com>; Gallagher, Katie <Katie.Gallagher@wbd-us.com>
**Subject:** Craigville Telephone Co. et al v. T-Mobile USA, Inc. - TMUS's Opposition to Plaintiffs' Motion to Restore Rule 30(b)(6) Time and to Compel TMUS to Reproduce Prepared Rule 30(b)(6) Witnesses on Matters 12(a) and 41

Dear Dr. Grossman:

Please find attached T-Mobile USA, Inc.'s Opposition to Plaintiffs' Letter Motion to Restore 30(b)(6) Time on Topics 12(a) and 41, along with electronic copies of the exhibits cited therein. We will send you a hardcopy binder with these materials next week.

Respectfully,
Om

**Om V. Alladi**
Associate

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3633

f 212.969.2900
oalladi@proskauer.com
greenspaces
Please consider the environment before printing this email.

************************************************************************************
**********************************************************************������
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
************************************************************************************
**********************************************************************