## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Craigville Telephone Co., et al.

Plaintiff,

v.

Case No.: 1:19–cv–07190
Honorable Lindsay C. Jenkins

T–Mobile USA, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 14, 2024:

 MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties' Joint Motion to Amend Case Management Order No. 3 [510] is granted. The fact discovery close date is extended to 7/15/24 per the parties' request. In the Court's view, however, that may be a somewhat unrealistic date given what still needs to be done to complete fact discovery. The Court understands the parties and Special Master Grossman are continuing to meet and confer about those matters and the Special Master continues to issue rulings and provide guidance on matters under advisement. A video status hearing is set for 7/9/24 at 2:15 p.m. Central time via the WebEx platform either to confirm that the dates set in this order are realistic or to set FINAL dates if it turns out they are not. The Court intends that the dates set in this order or on 7/9/24 will be FINAL dates for the completion of fact and expert discovery that will not be extended absent very good cause. As of now, the Court sets the other dates proposed by the parties in their Joint Motion [510] as follows, and subject to further adjustment, if necessary, on 7/9/24: Plaintiff's Rule 26(a)(2) expert disclosures shall be made by 8/29/24. Defendant's Rule 26(a)(2) expert disclosures shall be made by 10/14/24. Any rebuttal expert disclosures shall be made by 11/28/24. All depositions of disclosed experts shall be completed within 45 days after service of the relevant Rule 26(a)(2) expert reports, including for rebuttal experts. Plaintiffs' class certification motion and supporting brief shall be filed by 2/13/25 or 30 days after the close of expert discovery whichever is later. Defendant's opposition brief shall be filed no later than 60 days after Plaintiff's motion for class certification. Plaintiffs' reply brief shall be filed no later than 30 days after Defendant's opposition brief. The Court defers the setting if a summary judgement briefing schedule to the assigned District Judge. The call–in number is 650–479–3207 and the Access code: 180 946 2499. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.