# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Craigville Telephone Co., et al.

                          Plaintiff,

v.                                                           Case No.: 1:19−cv−07190
                                                          Honorable Lindsay C. Jenkins

T−Mobile USA, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 7/9/24 via video conference. For the reasons discussed on the record, the Court sets the following deadlines: The fact discovery close date is extended to 8/31/24. This is the FINAL extension of the fact discovery close date. Plaintiff's Rule 26(a)(2) expert disclosures shall be made by 10/15/24. Defendant's Rule 26(a)(2) expert disclosures shall be made by 11/29/24. Any rebuttal expert disclosures shall be made by 1/13/25. All depositions of disclosed experts shall be completed by 2/27/25. Plaintiffs' class certification motion and supporting brief shall be filed by 3/31/25. Defendant's opposition brief shall be filed by 5/30/25. Plaintiffs&#039; reply brief shall be filed by 6/30/25. The Court defers the setting of a summary judgement briefing schedule to the assigned District Judge. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.