IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC ) ) ) ) | |
| Plaintiffs, ) ) | No. 1:19-cv-07190 |
| v. ) ) | Hon. Lindsay C. Jenkins Magistrate Judge Daniel P. McLaughlin |
| T-MOBILE USA, INC. ) ) ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiffs, Craigville Telephone Co. d/b/a AdamsWells ("AdamsWells") and Consolidated Telephone Company d/b/a CTC ("CTC"), on behalf of themselves and a class of similarly situated companies ("Plaintiffs"), and Defendant T-Mobile USA, Inc. ("TMUS"), pursuant to ECF 519, the Court's October 7, 2024 Minute Order, submit the following Joint Status Report regarding discovery.

1. The current deadlines are as follows, pursuant to the Court's October 7, 2024 Minute Order:

| Deadline Category | Current Deadline |
|---|---|
| **Fact Discovery** | **August 31, 2024** |
| **Plaintiffs' Expert Witness Disclosure** (including Rule 26(a)(2) disclosures) | **November 4, 2024** |
| **Defendant's Expert Witness Disclosure** (including Rule 26(a)(2) disclosures) | **January 7, 2025** |
| **Rebuttal Expert Reports** | **February 20, 2025** |
| **Plaintiffs and Defendant's Experts' Depositions**, Including Any Rule 26(a)(2)(C) Witnesses | **April 7, 2025** |

| Class Certification Motion | |
|---|---|
| **Plaintiffs' Brief** | **May 7, 2025** |
| **Defendant's Brief in Opposition** | **July 7, 2025** |
| **Plaintiffs' Reply** | **August 6, 2025** |
| **Motion for Summary Judgment** | |
| **Any Motion for Summary Judgment** | **To be determined by the District Judge** |

2. Fact discovery closed on August 31, 2024.

3. There are three outstanding motions currently pending before the Special Master:

    a. Plaintiffs' Motion to Compel a Prepared Rule 30(b)(6) Witness from Inteliquent on Disputed Topics;

    b. Plaintiffs' Spoliation Sanctions Motion; and

    c. Plaintiffs' Motion to De-Designate Confidentiality of William Rowe Deposition Transcript.

4. Plaintiffs served their expert reports by the deadline of November 4, 2024.

Submitted on this 6th day of November, 2024.

>  /s/   David T.B. Audley
>  David T.B. Audley (Bar No. 6190602)
>  Mia D. D'Andrea (Bar No. 6307966)
>  **CHAPMAN AND CUTLER LLP**
>  111 West Monroe Street
>  Chicago, IL  60603-4080
>  Tel.  312-845-2971
>  Email:  audley@chapman.com
>  Email:  dandrea@chapman.com

Cathy A. Hinger (*pro hac vice*)
Victoria A. Bruno (*pro hac vice*)
Lela M. Ames (*pro hac vice*)
Kathleen O. Gallagher (*pro hac vice*)
Jeremy L. Baker (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
2001 K Street, NW, Suite 400 South
Washington, DC  20006
Tel.:  202-857-4489
Fax:  202-261-0029
Email:  cathy.hinger@wbd-us.com
Email:  victoria.bruno@wbd-us.com
Email:  lela.ames@wbd-us.com
Email:  katie.gallagher@wbd-us.com
Email:  jeremy.baker@wbd-us.com

Kurt D. Weaver (*pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
555 Fayetteville Street, Suite 1100
Raleigh, NC  27601
Telephone:  919-755-8163
Email:  kurt.weaver@wbd-us.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of November, 2024, I served the foregoing **Joint Status Report** via the ECF system on parties that have consented to the same in accordance with applicable Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the Northern District of Illinois.

By: /s/ David T.B. Audley