**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Craigville Telephone Co., et al.
                        Plaintiff,

v.                                       Case No.: 1:19-cv-07190
                                                 Honorable Lindsay C. Jenkins

T-Mobile USA, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 2, 2024:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Consent Motion to Stay Proceedings Pending Mediation [524] is granted. Expert discovery is stayed pending mediation. Joint status report due 1/8/25 is stricken and reset to 12/16/24. The joint status report should update the Court on the parties' progress in selecting a mediator and any anticipated timelines for mediation scheduling. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.