# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO. d/b/a ADAMSWELLS; and CONSOLIDATED TELEPHONE COMPANY d/b/a CTC | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:19-cv-07190 |
| v. | )<br>) Hon. Lindsay C. Jenkins<br>) Magistrate Judge Daniel P. McLaughlin |
| T-MOBILE USA, INC. | )<br>)<br>) |
| Defendant. | ) |

## ORDER REGARDING MEDIATION

This case has been stayed while the parties have engaged in mediation before the Honorable Gerald E. Rosen (Ret.). The parties and their counsel shall attend their next mediation session with Judge Rosen on May 19, 2025 at the JAMS office in Washington, D.C., absent good cause. Judge Rosen is empowered to decide requests by any party to cancel or postpone the scheduled mediation session.

**IT IS SO ORDERED.**

DATED: 3/28/2025

_____
Honorable Daniel P. McLaughlin